### KIRKMAN *vs.* WALTON ET AL.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

Judgment affirmed with the maximum of damages as a delay case.

This is an action against the makers of two promissory notes. The defendants admitted their signatures, and pleaded a general denial.

EASTERN DIST.   The plaintiff made full proof of his demand, and had
*March*, 1840.  judgment, from which the defendants appealed.

HASSON
*vs.*            *Elwyn,* for the plaintiff.
SPEARING.

*Morphy, J.,* delivered the opinion of the court.

Defendants are sued on two notes of hand, payable to the order of the plaintiff. They admitted their signatures, made no defence below, and yet have appealed. The appellees pray for judgment.

It is, therefore, ordered, adjudged and decreed, that the judgment appealed from, be affirmed with costs, and ten per cent. damages, on the amount of each note.